

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00610-CV

**IN THE INTEREST OF C.J.K.**, L.D.C.M., and T.M.L, Children[1]

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 12-09-0495-CVW
Honorable Thomas F. Lee, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, counsel's motion to withdraw is GRANTED, and the trial court's judgment is AFFIRMED.

SIGNED February 5, 2014.

_____
Rebeca C. Martinez, Justice

---

[1] This appeal involves only C.J.K. and L.D.C.M., even though the style includes all three children.